

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Muco Jean Claude

**Civil Action No.** 26-cv-01629-RSH-MMP

**Plaintiff,**

**V.**

Respondent: Jeremy Casey Warden

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is GRANTED. The case is hereby closed.

**Date:** _____ 5/7/26 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva _____

S. Nyamanjiva, Deputy